# Holland & Knight

**MEMO ENDORSED**

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Patrick J. Sweeney
(212) 513-3547
patrick.sweeney@hklaw.com



Plaintiff should write a reply by April 26, 2013. SO ORDERED. [signature] 4-23-13

April 19, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-13

VIA FAX (212-805-7949)

Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Alexander Interactive, Inc. v. Adorama, Inc.*, No. 12-cv-6608 (PKC);
Nonparty Magento, Inc.'s Response to Plaintiffs' April 15, 2013 Letter Request

Your Honor:

On behalf of non-party Rule 45 subpoena subject Magento, Inc. ("Magento"), we respectfully submit this letter in response to Plaintiffs' April 15, 2013 letter seeking, among other things, an order directing Magento to produce witnesses outside this district and asking the Court to conduct an *in camera* review of documents withheld from a production Magento made in California. We were retained by Magento only after receipt of the letter and now respectfully request an opportunity to be heard—whether at a discovery conference or through any subsequent motion practice—for the limited purpose of contesting the Court's jurisdiction to enforce the facially invalid subpoenas.

The subject subpoenas were issued from this Court instead of from the court for the district where the depositions are to be taken or where the documents were to be produced. *See* F.R.C.P. 45(a)(2)(B) and (C). Magento's principal place of business is located in California and all but one of the individuals that Plaintiffs seek to depose are located in California. If Plaintiffs seek to depose these individuals who reside in California, the subpoenas must be issued from the appropriate federal district court in the State of California. The one individual that Plaintiffs seek to depose that is not located in California resides in the Ukraine. Yet, Plaintiffs' deposition subpoenas issued from the Southern District of New York and, as such, are invalid and unenforceable. *See U.S. Bancorp Equip. Finance, Inc. v. Babylon Transit, Inc.*, 270 F.R.D. 136, 139 (E.D.N.Y. 2010) (holding that, even though nonparty had not moved to quash, subpoenas not issued from the court for the district where discovery was to be taken or made were procedurally invalid and unenforceable).

Atlanta | Boston | Chicago | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami | New York | Northern Virginia | Orlando
Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach

Honorable P. Kevin Castel
April 19, 2013
Page 2

Similarly, Plaintiffs' subpoena duces tecum was deficient as it was not issued from the district court in Los Angeles, California, where the production was to be made. Magento raised various objections to the subpoena and informed counsel for Plaintiffs that the subpoena was procedurally deficient and that any disputes arising out of the subpoena had to be adjudicated by a California court. Without waiving any such objections, Magento has voluntarily produced approximately 60,000 documents to Plaintiffs.

The discovery sought by Plaintiffs against non-party Magento, including but not limited to the multiple day depositions of its employees, is unreasonable. Respectfully, however, this Court is not the proper venue for consideration of that issue or the issues raised in Plaintiffs' letter.

Respectfully submitted,

Patrick J. Sweeney

cc: All counsel of record

#22957258_v5

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Title 28 U.S.C. §1746, that on April 19, 2013, I served a true and correct copy of the attached Letter, by fax to the following counsel of record:

**Denise Lynn Savage**
Savage & Associates, P.C.
P.O. Box 804
Croton-on-Hudson, NY 10520-0804
914.271.5150
**Fax: (914) 271.5255**

**Matthew Henry Sheppe**
Reiss, Eisenpresss and Sheppe LLP
425 Madison Avenue
NY, NY 10017
(212) 980 0600
**Fax: (212) 980 0650**

**Eric Jason Vardi**
Reiss Sheppe LLP
425 Madison Avenue
New York, NY 10017
(212)-753-2424
**Fax: (212)-753-3829**

**Kenneth P. Norwick**
Norwick, Schad & Goering
110 East 59th Street, 29th Flr
New York, NY 10022
(212) 751-4440
**Fax: (212) 604-9997**

I declare under penalty of perjury that the foregoing is true and correct.
Executed April 19, 2013

Elvin Ramos
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019