# EXHIBIT 1

Page 302

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    Civ No. 12-cv-6608 (KPC)
4    ALEXANDER               :
     INTERACTIVE, INC.,      :
5    ALEXANDER SCHMELKIN,    :
     and JOSH LEVINE,        :
6                            :
            Plaintiffs,      :
7                            :
       vs.                   :      DEPOSITION OF:
8                            :
     ADORAMA, INC.,          :   ALEXANDER SCHMELKIN
9    ADORAMA ENTERPRISES,    :
     LLC, EUGENE             :
10   MENDLOWITS, and         :   VOLUME II
     MENDEL MENDLOWITS,      :
11                           :
            Defendants.      :
12

     - - - - - - - - - - - - -
13

14   **CONTAINS HIGHLY CONFIDENTIAL PORTION BOUND SEPARATELY*
15          TRANSCRIPT of the stenographic notes
16    of the proceedings in the above-entitled
17    matter, as taken by and before
18    CAROLYN CHEVANCE, a Shorthand Reporter, and
19    Notary Public of the State of New Jersey, held
20    at the office of Curtis, Mallet-Prevost, Colt &
21    Mosle LLP, 101 Park Avenue, New York, New
22    York, on October 30, 2013, commencing at 9:16
23    a.m.
24    Reporter: Carolyn Chevance
25    Job 67523

Page 471

ALEXANDER SCHMELKIN - HIGHLY CONFIDENTIAL

3    Q    Who is the -- who are the
4  shareholders of Alexander Interactive?
5    A    Myself and my business partner Josh
6  Levine.
7    Q    There are no other business
8  partners?
9    A    Correct.  No partners.  No other
10  owners.
11    Q    Who are the shareholders of Amicon,
12  if you know?
13    A    I believe that Amit Shinde is a
14  substantial, if not all, shareholder of Amicon.
15    I know and I've heard previous
16  mentions of other family members of his being
17  involved in the business.
18    I know his sister worked for him.
19  I don't know if she is an owner, but I know Amit
20  is certainly an owner.
21    Q    Are you an owner of Amicon?
22    A    No.
23    Q    Are you an officer?
24    A    No.
25    Q    Are you a director?

Page 472

ALEXANDER SCHMELKIN - HIGHLY CONFIDENTIAL

2    A    No.
3    Q    Is Mr. Levine an owner of any
4  shares of Amicon?
5    A    No.  It's a company in Mumbai where
6  we are not an owner.
7    Q    In Mumbai?
8    A    In India.
9    Q    In India.
10    .    Is Mr. Levine an officer or
11  director of Amicon, to your knowledge?
12    A    No.
13    Q    Are either of you two employees of
14  Amicon?
15    A    No.
16    Q    To your knowledge do you have any
17  -- strike that.
18    Do you have any access to the
19  proprietary server on -- that hold Amicon's
20  business files, to your knowledge?
21    A    No, we don't.
22    Q    Do you have any right to access any
23  of their hardcopy or digital files located in
24  Mumbai or in Amicon's custody or control?
25    A    No.

Page 473

ALEXANDER SCHMELKIN - HIGHLY CONFIDENTIAL
2  Q    To your knowledge?
3  A    No.

5    (Conclusion of the portion of the
6  transcript designated Highly Confidential.)

Page 474

ALEXANDER SCHMELKIN

2    MR. SHEPPE:  You just learned that
3  Amicon was in India?
4    MS. SAVAGE:  No.  I'm expressing my
5  sarcastic surprise for the record.  You
6  just discovered that they actually exist
7  and you could have served them with a
8  production request before the deadline?
9    I'm finished with my questioning.
10  We are off the record.
11    THE VIDEOGRAPHER:  The time is
12  12:56 p.m.  We are off the record.
13    (A short break is taken.)
14    THE VIDEOGRAPHER:  Time is
15  12:57 p.m.  Back on the record.
16    MS. SAVAGE:  We reserve the right
17  to have Mr. Schmelkin review and edit his
18  transcript pursuant to the Federal Rules of
19  Civil Procedure.
20    THE VIDEOGRAPHER:  The time is
21  12:57 p.m.  This completes tape number two,
22  volume two of the continued videotaped
23  deposition of Mr. Alex Schmelkin.
24    (Deposition was concluded at 12:55
25  p.m.)

44  (Pages 471 to 474)