# EXHIBIT 2

12/5/13  AMICON TECHNOLOGIES PRIVATE LIMITED company corporate information,business information,director/partners details and director/partners conta…

Case 1:12-cv-06608-PKC-JCF   Document 80-4   Filed 12/06/13   Page 2 of 3

User login    Username *  [        ]    Password *  [        ]             Create new account
Request new password  [Log in]

**Zauba**  Home  Shipment Data    Search HS Code    Notifications    Corporate Information    Contact Us

# AMICON TECHNOLOGIES PRIVATE LIMITED

AdChoices ▷    ► Business India    ► Technologies    ► Bangalore India    ► Hyderabad India

## About Amicon Technologies Private Limited

Amicon Technologies Private Limited is a Private Company incorporated on 07 October 2004. It is classified as Indian Non-Government Company and is registered at Registrar of Companies, Mumbai. Its authorized share capital is Rs. 100,000 and its paid up capital is Rs. 100,000.

Amicon Technologies Private Limited's Annual General Meeting (AGM) was last held on 29 August 2013 and as per records from Ministry of Corporate Affairs (MCA), its balance sheet was last filed on 31 March 2013.

### Hoover's - Official Site
www.hoovers.com
Company profiles, up-to-date news, & more. Search our listings now!

Amicon Technologies Private Limited's Corporate Identification Number is (CIN) U72200MH2004PTC149030 and its registration number is 149030. Its registered address is 2603 KINGSTON COMPLEXCHINCHOLI BUNDER RD MALAD WEST, MUMBAI - 400064, Maharashtra INDIA.

There are 2 directors/authorized representatives of Amicon Technologies Private Limited. Current status of Amicon Technologies Private Limited is - Active.

## Import Export Shipments
Click here to search import export data

## Company Information

| | |
|---|---|
| Corporate Identification Number | U72200MH2004PTC149030 |
| Name | AMICON TECHNOLOGIES PRIVATE LIMITED |
| RoC | RoC-Mumbai |
| Registration Number | 149030 |
| Company Category | Company limited by shares |
| Company Sub Category | Indian Non-Government Company |
| Class of Company | Private Company |
| Authorised Capital (in Rs.) | 100,000 |
| Paid up capital (in Rs.) | 100,000 |
| Number of Members(Applicable only in case of company without Share Capital) | 0 |
| Date of Incorporation | 07 October 2004 |
| Address 1 | 2603 KINGSTON COMPLEXCHINCHOLI BUNDER RD |
| Address 2 | MALAD WEST |
| City | MUMBAI |
| State | Maharashtra |
| Country | INDIA |
| Pin | 400064 |
| Whether listed or not | Unlisted |
| Date of Last AGM | 29 August 2013 |
| Date of Balance sheet | 31 March 2013 |

Case 1:12-cv-06608-PKC-JCF Document 80-4 Filed 12/06/13 Page 3 of 3

| | |
|---|---|
| Date of balance sheet | 31 March 2013 |
| Company Status (for eFiling) | Active |

AdChoices

### Directors / Authorized Representatives

| Director Identification Number | Name |
|---|---|
| 01136622 | AMIT SUBHASH SHINDE |
| 01137488 | SUBHASH NARAYANRAO SHINDE |

Home | Search HS Code | Shipment Data | Terms of Use | Contact Us

© 2013 Legumex Impex Pvt Ltd. All rights reserved.