# EXHIBIT 3



# Amicon Technologies Pvt. Ltd.
Mumbai, India

**0** jobs completed
**0** oDesk hrs

## Manager

**Amit Shinde**
*India's No.1 OFBiz and Opentaps Service Provider*

## Overview

Amicon Technologies Pvt. Ltd. (Mumbai, India) is India's No. 1 Apache OFBiz and Opentaps services and consulting company. We specialize only on OFBiz and Opentaps services. Our key differentiators are high ownership of projects, fast turn-around, thoroughness of work and effective communication.

Amicon Technologies is providing OFBiz services since 2004. We have worked on total 14 OFBiz/Opentaps implementations till present for clients in Manhattan, Los Angeles, Las Vegas and London. Average OFBiz experience as a whole team is 3+ years. We are actively involved as speakers in OFBiz conferences.

We excel in OFBiz and Opentaps maintenance and development services. We master in eCommerce, CRMSFA, Manufacturing, HR and also implement bespoke applications.

We also specialize in OFBiz integrations with Netsuite, Epicor, Acumen, SVS, Profit Point, Lyris, Mailchimp, Constant Contact, ESB. We have also deployed OFBiz on Websphere and DB2.

1A

- Company
- Team
- Approach
- Mission and Vision
- Testimonials
- News
- Careers
- Blog
- Disclaimer
- Sitemap
- Contact

## Team

We are a team of skilled consultants with multiple years of technical experience. We are growing aggressively and are very passionate about our work. We believe in teamwork and take high ownership in every project. We work closely with our US, UK and Australia-based clients and deliver high-quality services that eventually materialize to award-winning websites and highly-efficient solutions.

### Amit Shinde, CEO

Amit Shinde is the founder and CEO at Amicon Technologies Pvt. Ltd. Amit did Electronics Engineering from Mumbai University, Masters in Computer Science from Utah State University and Executive-MBA in International Business and Finance from ITM, Mumbai. Amit worked as a Software Engineer for a Utah-based startup and setup their development branch in Mumbai from ground up. Amit has 10 years of industry experience with entire gamut of project definition, development, management and delivery.
Amit and his team of developers work closely with US and UK-based clients in providing quality services. Amit has been an active member of the OFBiz community and an OFBiz developer for the last 8 years. Amit loves every aspect of Open Source philosophy and OFBiz tops them all.
Amit loves house / progressive music and loves traveling. He is a PADI-certified open water scuba diver and hopes to go skydiving someday.

**LinkedIn** - http://www.linkedin.com/in/amitshinde

### Subhash Shinde, CFO

Subhash Shinde is the Chief Financial Officer at Amicon Technologies Pvt. Ltd. He has 30 years of experience in various gamut of fields. He was a Senior Materials Manager in a MNC. He has been involved and trained in critical processes and has great experience with global standards like ISO, Kaizen and Six Sigma.
Subhash has great knowledge of finance. He is heading the Finance and Administration of Amicon Technologies Pvt. Ltd.
Subhash loves listening to golden blasts from the past, loves wildlife and has keen sense of photography.

### Nikita Shinde, Business Analyst and Project Manager

Nikita Shinde is the Business Analyst and Project Manager at Amicon Technologies Pvt. Ltd. She did Computer Engineering from Mumbai University and graduated as a top-ranked student. Nikita has been involved with OFBiz and Opentaps for 5 years and now plays a crucial role of Business Analyst and Project Manager.
She is involved with data modeling and analysis of business functions specific to OFBiz and Opentaps. She understands every functionality of OFBiz and Opentaps from top to data-level. She has depicted great sense of ownership in successfully managing and leading ERP projects like PexSupply.com and BottleYourBrand.com She has worked on-site with our clients in Manhattan and London.
Nikki loves house music, loves traveling and interacting with people. She hopes to own a pet someday.

**LinkedIn** - http://www.linkedin.com/in/nikitashinde

### Sumit Porwal, Technical Lead (OFBiz / Opentaps)

Sumit is the Technical Lead at Amicon Technologies Pvt. Ltd. Sumit has done Bachelors of Science (Computer Science) from Indore University and Masters of Computer Application from Bhopal University. Sumit also cracked SCJP with 95%.
Sumit plays volleyball and various other sports.

### Mukesh Marathe, Technical Lead (OFBiz / Opentaps)

Mukesh is the Technical Lead at Amicon Technologies Pvt. Ltd. Mukesh has done Post Graduation in Computer Science from North Maharashtra University, Jalgaon (MH). Mukesh has excellent analytical skills and can adapt to any technology very quickly.
Mukesh likes traveling and exploring remote places that are usually unheard of. He is also involved in social work.

**LinkedIn** - http://www.linkedin.com/in/mmarathe

### Shiva Iyer, Sr Developer (Magento)

Shiva is the Magento Sr Developer at Amicon Technologies Pvt. Ltd. and has done Masters in Computer Science from Mumbai University.
Shiva is a passionate web developer who has keen interest in open source technologies, social media computing, programming & blogging.
Shiva is loves to make people laugh and to keep the environment lively.

Shiva is loves to make people laugh and to keep the environment lively.

 Contact Us

 Connect via Facebook

Disclaimer :
Brand names, logos and trademarks used herein remain the property of their respective owners. This listing of any firm or their logos is not intended to imply any endorsement or direct affiliation with Amicon Technologies Pvt. Ltd.

2010 © Amicon Technologies Pvt. Ltd., All Rights Reserved.



Projects

## Work

We take immense pride in our work. Our work is a reflection of our capability. We have had an opportunity to showcase our talent and hard work on various award winning projects. These projects eventually materialize as effective solutions with high returns and sustainability.

**NOTE -** We have not designed any of these sites. UI / HTML was provided by our clients.

**Projects in collaboration with our clients -**



ActionEnvelope.com is a leading supplier of envelopes that lets consumers customize their products with photos, logos, or any image they can upload to the web.



AnytimeCostumes.com is a one stop Halloween costume shop where you'll find a huge selection year-round.



Barielle is the leader in prestige nail, hand And foot care for over 30 years.



Bottle Your Brand specializes in high quality personalized bottled water, personalized wine labels & custom beer labels at affordable prices with fast service.



Caché is a specialty retailer of lifestyle sportswear and dresses targeting style-conscious women between the ages of 25-45.



Envelopes.com, formerly known as ActionEnvelope.com, is the leading supplier of envelopes that lets consumers customize their products with photos, logos, or any image they can upload to the web.



Jonard Industries Corp is a World Class Manufacturer of Precision Hand Tools for the Telecom, Computer, Military and Electronic Industries.



Nolo is a publisher in Berkeley, California that produces do it yourself legal books and software that reduce the need for people to hire lawyers for simple legal matters such as making wills or writing business partnership contracts.

PexSupply.com is the online leader in plumbing supplies and heating supplies, specializing in PEX Plumbing & Radiant Heat.

RecognitionExpress.com is a global leader in the recognition industry and make badges, signs, awards, plaques and other promotional goods.

RugsUSA.com is America's online area rug superstore for contemporary rugs, outdoor rugs, Flokati shags, leather rugs, children rugs, Oriental and Persian rugs, and a wide range of accessories for the home.

RunningShoes.com serves running shoes for the running and walking community.

SatellitePhoneStore.com is a leading seller of Iridium Satellite, Inmarsat BGAN Satellite, Globalstar Satellite phones and also rents EVDO Phone and Satellite Phones.

SteinerSports.com is the leading seller of authentic hand-signed collectibles and the best source for all your sports gift needs.

Contact Us

Connect via Facebook

Disclaimer :

Brand names, logos and trademarks used herein remain the property of their respective owners. This listing of any firm or their logos is not intended to imply any endorsement or direct affiliation with Amicon Technologies Pvt. Ltd.

2010 © Amicon Technologies Pvt. Ltd., All Rights Reserved.

Follow us on LinkedIn

- Company
- Team
- Approach
- Mission and Vision
- Testimonials
- News
- Careers
- Blog
- Disclaimer
- Sitemap
- Contact

## Company

### Our Story

Amicon Technologies Pvt. Ltd. was founded in 2004 with an objective to offer software development services of Open Source ERP frameworks. We have worked on multiple projects for US, UK and Australia-based clients. Our projects include award winning sites like Envelopes.com, SteinerSports.com, PexSupply.com.

### Our Passion

We are a team of skilled consultants with multiple years of technical experience. We are growing aggressively and are very passionate about our work. We believe in teamwork and take high ownership in every project. We deliver high-quality services that eventually materialize to award-winning websites and highly-efficient solutions. We have a strong drive to succeed in everything we do.

### Why We Love Open Source

Open Source is the imperative alternative to Proprietary solutions. Open Source has changed the world order. It has given small companies the competitive and affordable edge. We no longer have to develop a product for years but instead just leverage and extend the work collaboratively and help evolve and innovate. The best things in life are free and business owners should only pay, without being vendor prone, for what is required for their business to thrive.

### Our Environment

We promote an environment that is conducive to learning and growth. We take our work as an art which requires endless perfection. We do not believe in having a boss who micro-manages instead have total faith in our employees who are self-driven and focused in getting the job done immaculately. We believe in continuous improvement and believe that this is just a beginning for us on the long road of success.

 Contact Us

 Connect via Facebook

Disclaimer :
Brand names, logos and trademarks used herein remain the property of their respective owners. This listing of any firm or their logos is not intended to imply any endorsement or direct affiliation with Amicon Technologies Pvt. Ltd.

2010 © Amicon Technologies Pvt. Ltd., All Rights Reserved.

Follow us on LinkedIn

- Company
- Team
- Approach
- Mission and Vision
- Testimonials
- News
- Careers
- Blog
- Disclaimer
- Sitemap
- Contact

## Our Approach



We follow agile software delivery model during our software development phase. There are number of benefits using agile model. Agile is a software development methodology which ensures projects are delivered on time and in budget. Agile works by just-in-time specification gathering, allowing change throughout the project.



Contact Us

Connect via Facebook

Disclaimer :
Brand names, logos and trademarks used herein remain the property of their respective owners. This listing of any firm or their logos is not intended to imply any endorsement or direct affiliation with Amicon Technologies Pvt. Ltd.

2010 © Amicon Technologies Pvt. Ltd., All Rights Reserved.

Follow us on LinkedIn

4

- Company
- Team
- Approach
- Mission and Vision
- Testimonials
- News
- Careers
- Blog
- Disclaimer
- Sitemap
- Contact

## Our Mission

Our mission is to empower Small and Medium Businesses with Enterprise Open Source solutions / frameworks and create significant shareholder value with fast turn-around, high ownership and low costs. We want to deliver world-class services and solutions with a clear understanding of our client's goals and direction and help maximize our client's efficiency and profitability. Our USP is our versatility, speed and sheer determination to succeed. We are like ninjas in everything we do.

## Our Vision

Our vision is to become the world's top Open Source services and consulting company and cater to Retail, Manufacturing and Automobile industries. We want to master all major Open Source frameworks like Magento, OFBiz, Opentaps, Liferay, OpenCMS, Drupal, Processmaker, OpenBravo, Android and Alfresco.

 Contact Us

 Connect via Facebook

Disclaimer :
Brand names, logos and trademarks used herein remain the property of their respective owners. This listing of any firm or their logos is not intended to imply any endorsement or direct affiliation with Amicon Technologies Pvt. Ltd.

2010 © Amicon Technologies Pvt. Ltd., All Rights Reserved.

 Follow us on LinkedIn



- Company
- Team
- Approach
- Mission and Vision
- Testimonials
- News
- Careers
- Blog
- Disclaimer
- Sitemap
- Contact

## News

**Oct 31, 2011, NYC**
Amicon Tech integrated Google Checkout and Paypal Checkout with Opentaps 1.0 for a NYC based client successfully.

**Sep 25, 2011, Canada**
Sugoi.com is launched in collaboration with our NYC-based client. The project was completed in 3 months The new site was developed on the Magento Enterprise ecommerce platform with the goal of increased online sales through an easy-to-use interface, and a streamlined fulfillment process.

**March 5, 2011, NYC**
Amicon Tech started working on Magento's biggest website ever! Stay tuned to check the site go live Q1 of 2012.

**Nov 15, 2010, Wisconsin**
Schwinn.com is launched in collaboration with our NYC-based client. The project was completed in 2 months and is a Magento based advanced ecommerce system.

**Nov 11, 2010, Mumbai**
Amicon Technologies unveils a revamped and improved website.

**May 24, 2010, Mumbai**
Amicon Tech has integrated Endicia, Google Calendar(using Funambol), Sassu, BPM (Processmaker) and a Barcoding system with Opentaps successfully.

**April 1, 2010, Mumbai**
Amicon Tech has become an official partner of Opentaps Open Source ERP framework.

**Jan 18, 2010, Washington**
BottleYourBrand.com is launched. The project was completed in 3 months and is an end-to-end fulfillment system.

**Oct 30, 2009, Hyderabad**
Amit Shinde has successfully completed Liferay Public Training certification held in Hyderabad.

**Aug 26, 2009, New York**
PexSupply.com is launched in collaboration with our NYC-based client. The project was completed in 4 months and is an end-to-end fulfillment system.

**Nov 5, 2008, New Orleans**
CEO of Amicon Technologies speaks at the Apache OFBiz Symposium
Topic: ERP trends, OFBiz poition and India Outsourcing

Contact Us



Connect via Facebook

Disclaimer :
Brand names, logos and trademarks used herein remain the property of their respective owners. This listing of any firm or their logos is not intended to imply any endorsement or direct affiliation with Amicon Technologies Pvt. Ltd.

2010 © Amicon Technologies Pvt. Ltd., All Rights Reserved.

Follow us on LinkedIn

