Finder File Edit View Go Window Help
AI Production -I-3395
Alexander File #1 (AI 000001 to AI 000587)img-315145324.pdf
Alexander File #2 (AI 000588 to AI 001174)img-315143941.pdf
Alexander File #3 (AI 001175 to AI 001761)img-315142546.pdf
Alexander File #4 (AI 001762 to AI 002348)img-315140131.pdf
Alexander File #5 (AI 002349 to AI 002935)img-315134837.pdf
[redacted]
On QA
Tue, 21 Jun 2011 at 3:43pm via email
Can you load it on stage?
Glen Holman
Adorama Camera – The Photography People
Tue, 21 Jun 2011 at 3:50pm
Ok loading now.
Nikita Shinde Tue, 21 Jun 2011 at 5:44pm
Cron jobs are not running on stage. Need to look into it. For now can you ple check QA?
I don't see a lot of ALC content in the megadrops tough.
22 Jun 2011 at 4:22pm
Hi Steven,
One field missing in the feed is <AssociatedSKUs><Primary/>. Can you als provide data for this in order to fully test all the features related to ALC?
Thanks,
Nikki
22 Jun 2011 at 4:34pm
For one thing, the megadrops on QA do not have the right categories.
The categories are correct on stage.
Steven Weiss Thu, 23 Jun 2011 at 10:03am
Nikki,
How will <AssociatedSKUs><Primary/> work? What if the article is about ma SKUs? Please paste here how the XML should look.
Thanks
Nikita Shinde Thu, 23 Jun 2011 at 5:00pm
<AssociatedSKUs>
Name Alexander File #3 (AI 001175 to AI 001761)img-315142546.pdf
Kind Adobe PDF document
Size 17.8 MB
Created Today 4:22 PM
Modified Today 4:22 PM
Last opened Today 4:57 PM

image png

image png

Screenshot 2013-12-05 16.59.53.png 17 of 17

On QA

 **Glen Holman** Tue, 21 Jun 2011 at 3:43pm via email

Can you load it on stage?

Glen Holman

Adorama Camera — The Photography People

phone: 212.741.0401 x2412

email: glenh@adorama.com | web: www.adorama.com

 **Nikita Shinde** Tue, 21 Jun 2011 at 3:50pm

Ok loading now.

 **Nikita Shinde** Tue, 21 Jun 2011 at 5:44pm

Cron jobs are not running on stage. Need to look into it. For now can you please check QA? http://adorama.qa.aistg.com/

I don't see a lot of ALC content in the megadrops tough.

 **Nikita Shinde** Wed, 22 Jun 2011 at 4:22pm

Hi Steven,

One field missing in the feed is <AssociatedSKUs><Primary/>. Can you also provide data for this in order to fully test all the features related to ALC?

Thanks,
Nikki.

 **Glen Holman** Wed, 22 Jun 2011 at 4:34pm

For one thing, the megadrops on QA do not have the right categories.

The categories are correct on stage.

 **Steven Weiss** Thu, 23 Jun 2011 at 10:03am

Nikki,

How will <AssociatedSKUs><Primary/> work? What if the article is about many SKUs? Please paste here how the XML should look.

Thanks

 **Nikita Shinde** Thu, 23 Jun 2011 at 5:00pm

   <AssociatedSKUs>

AI-001177



image png

