

| | |
|---|---|
| **From:** | Jessica Levy [notifications@aiaio.basecamphq.com] |
| **Sent:** | Friday, April 29, 2011 3:56 PM |
| **To:** | Eli Roth |
| **Subject:** | [ADR002 Adorama] Re: Outstanding Items + Associated Deadlines |

Reply ABOVE THIS LINE to add a comment to this message

| | |
|---|---|
| Project: | ADR002 Adorama |
| Company: | Adorama |



Jessica Levy commented on the message:
**Outstanding Items + Associated Deadlines**

Glen,

Below please find the list of items that are due by EOD today per the post above and their current status—

### DUE BY FRI, 04/29

- ALC Search API – Ai looking into confirming we have what we need – stay tuned
- Sunday Sky URLS – We are still looking for the Sunday Sky API calls
- Image Uploading resolution – RESOLVED
- Updated Product SEO document *(Alan)* – Received updated document and reviewing it
- Product Page Thumbnails: Rules for when alt text has not been defined in the Magento admin *(Alan)* – Still awaiting rules
- Sort Options in Listings – Still awaiting rules
- ALC URLs 'Guides and Reviews' / 'Adorama TV' – Still awaiting ALC URLs
- Issues 113 and 126: Rich Relevance Recommendations – Still waiting on this
- Oversell Protection – Email to GH on Sun, 04/24 @ 11:33pm – RESOLVED
- Font Purchase – Email to GH on Fri, 04/22 @ 4:49pm – Still awaiting font assets

Please let us know when we can expect these items, if not by EOD today.

Thanks,
Jess

---

This comment was sent to Alex Schmelkin, Josh Levine, Mike Piastro, Papi Rosario, Ed Samour, Martin Anderson, Jessica Levy, Amit Shinde, David Wertheimer, David Kamm, Nikita Shinde, Adam Mardula, David Ow, Isaiah Belle, Tim Broder, jaime singson, Glen Holman, Moshe Ber Wertzberger, Eli Roth, Steven Weiss, Herman Klein, Bill Parnes, Meghan Widman, Lark Davis, Chris Vander Poel, Seth Whitton, jeremy villano, Alan Perkins, Michael Li, and Daniel Choe.

Stop receiving emails when comments are posted to this message. Prefer plain text emails?

1

CONFIDENTIAL

ADORAMA 0006509

2

Delivered by Basecamp

| | |
|---|---|
| **From:** | Alan Perkins [notifications@aiaio.basecamphq.com] |
| **Sent:** | Friday, April 29, 2011 4:22 PM |
| **To:** | Eli Roth |
| **Subject:** | [ADR002 Adorama] Re: Outstanding Items + Associated Deadlines |

Reply ABOVE THIS LINE to add a comment to this message

| | |
|---|---|
| Project: | <u>ADR002 Adorama</u> |
| Company: | Adorama |



Alan Perkins commented on the message:
**<u>Outstanding Items + Associated Deadlines</u>**

> Product Page Thumbnails: Rules for when alt text has not been defined in the Magento admin (Alan) – Still awaiting rules

The rules are in the Updated Product SEO document.

---

This comment was sent to Alex Schmelkin, Josh Levine, Mike Piastro, Papi Rosario, Ed Samour, Martin Anderson, Jessica Levy, Amit Shinde, David Wertheimer, David Kamm, Nikita Shinde, Adam Mardula, David Ow, Isaiah Belle, Tim Broder, jaime singson, Glen Holman, Moshe Ber Wertzberger, Eli Roth, Steven Weiss, Herman Klein, Bill Parnes, Meghan Widman, Lark Davis, Chris Vander Poel, Seth Whitton, jeremy villano, Alan Perkins, Michael Li, and Daniel Choe.

<u>Stop receiving emails</u> when comments are posted to this message. <u>Prefer plain text emails?</u>

Delivered by Basecamp

**CONFIDENTIAL**                                                                                                                         ADORAMA 0006510