**Subject:** Re: [ADR002 Adorama] [ADR] Weekly Status Report - 06/09
**Date:** Friday, June 10, 2011 8:37:30 AM Eastern Daylight Time
**From:** Alex Schmelkin
**To:** Eugene Mendlowits

I can all you at 9am if you will be in.

On 6/9/11 10:07 PM, "Eugene Mendlowits" <eugenem@leisurepro.com> wrote:

> Do you want to set up time for call or meeting?
>
> EM
>
>
> -----Original Message-----
> From: Alex Schmelkin [as@alexanderinteractive.com]
> Received: Thursday, 09 Jun 2011, 17:12
> To: Eugene Mendlowits [eugenem@leisurepro.com]
> Subject: FW: [ADR002 Adorama] [ADR] Weekly Status Report - 06/09
>
>
> Eugene,
>
> I hope you had a good holiday.
>
> I will call you tomorrow to discuss this week's status update, which
> still has the items Ai needs from Adorama from earlier this week as open
> and very urgent.
>
> Alex
>
> From: Jessica Levy <notifications@aiaio.basecamphq.com>
> Reply-To: ADR002 Adorama
> <UF83B16C8D820P47225209-reply@aiaio.basecamphq.com>
> Date: Thu, 9 Jun 2011 14:06:31 -0700
> To: Alex Schmelkin <as@alexanderinteractive.com>
> Subject: [ADR002 Adorama] [ADR] Weekly Status Report - 06/09
>
>
> Reply ABOVE THIS LINE to add a comment to this message
>
>
> Project:   ADR002 Adorama
> <https://aiaio.basecamphq.com/projects/5010365-adr002-adorama>
> Company:    Adorama
> <http://asset0.37img.com/global/c83e4be679a46f9d677b2ee0ed8100e47190369b/a
> vatar.png?r=3>
> Jessica Levy posted a new message:
> [ADR] Weekly Status Report - 06/09
> <https://aiaio.basecamphq.com/P47225209>

Bill, Glen

Attached please find the weekly status report for this week.

You'll notice that I've added a new section of ³High Priority Outstanding Items² on the last page, broken down into three sections:

1. Decisions Needed
2. Assets / Deliverables Needed
3. Answers Needed

Since we're less than two weeks away from code complete before our QA period, the above items are all high priority, however, we have put them in priority order.

Please let us know if you have any questions.

Best,
-Jess

Icon_pdf_big <https://aiaio.basecamphq.com/F84547307>
   ADR002_060811_weekly_status.pdf <https://aiaio.basecamphq.com/F84547307>
200 KB
This message was sent to Alex Schmelkin, Josh Levine, Mike Piastro, Papi Rosario, Ed Samour, Martin Anderson, Jessica Levy, Amit Shinde, David Wertheimer, David Kamm, Nikita Shinde, Adam Mardula, David Ow, Isaiah Belle, Tim Broder, Adam Picitelli, jaime singson, Glen Holman, Bill Parnes, Meghan Widman, Lark Davis, Chris Vander Poel, Seth Whitton, jeremy villano, Michael Li, Seth DeCroce, Daniel Choe, Brian Ephraim, and Steven Lai.


Stop receiving emails <https://aiaio.basecamphq.com/posts/47225209/subscription/unsubscribe>
when comments are posted to this message. Prefer plain text emails?
<https://aiaio.basecamphq.com/people/885459/prefers_text_emails?v=1>


Delivered by Basecamp <http://basecamphq.com/?source=notice>