# EXHIBIT C

**[ADOR-1860] Guest Checkout: Order History** Created: 03/Aug/11  Updated: 15/Nov/11  Due: 19/Aug/11  Resolved: 14/Nov/11

| Status: | Closed |
|---|---|
| **Project:** | Adorama |
| **Component/s:** | None |
| **Affects Version/s:** | None |
| **Fix Version/s:** | UAT.RC1 |

| Type: | Task | Priority: | Normal |
|---|---|---|---|
| **Reporter:** | Jessica Lippke | **Assignee:** | Amit Shinde |
| **Resolution:** | Fixed | | |
| **Labels:** | None | | |

| Reopen Count: | 0 |
|---|---|

### Description

Quick question: I know Jaime spoke to me about this a long time ago and when I tested it; the outcome didn't work out as anticipated.

If a customer does a guest checkout (email: lai.steven@gmail.com) and then creates an account after they submit the order with the same email, their history is not saved. I think Jaime/ADR 🔴 wanted it so that the customer is able to get that order history into their account assuming they make an account with the same email. However, this opens up the possibly that someone could sidejack my order history by using my email.

What was the outcome/decision on this?

### Comments

**Comment by Jaime Singson** [ 04/Aug/11 ]

Here's what I found in the FFA:

As a CSR, I want to merge the Order History of Guest and User accounts once I know they are the same person

- A person may do one or more guest checkouts before signing up for an Account. Currently, there is no way of associating the Guest order with the newly created account
- This will be a manual process done by the CSR
- This could be built as a manual process for the Admin

So we will need to test to make sure that we've got a process to do this... I think Tim or Martin

AI-0005901

said that this was always possible in the back-end, but we may need a mechanism to allow us to do this...

Comment by Isaiah Belle [ 11/Aug/11 ]

Why was this on me again?

Comment by Tim Broder [ 15/Aug/11 ]

Hi Amit,

The gist of this is "If I'm CSR, and I'm in the admin, I want to be able to associate a guest order with a user account"

Please spec out and implement.

Let me know any questions

Thanks,
Tim

Comment by Amit Shinde [ 22/Aug/11 ]

This is implemented. We can associate any customer with the order on edit order page from here http://content.screencast.com/users/Amicon/folders/Jing/media/a6c372f6-85f2-4cc7-8a40-f006a6212ad8/00000567.png

Comment by Ken Fadden [ 08/Sep/11 ]

Defect verification is blocked by ~~ADOR-2010~~ checkout :: place your order :: button is broken.

Comment by Steven Lai [ 12/Sep/11 ]

Verified on QA

Comment by Steven Lai [ 14/Nov/11 ]

Verified on manage

AI-0005902

guest. It occurred on IE8, Chrome, and Firefox.

http://screencast.com/t/3R4Onj0F9

Comment by Michael Li [ 23/Nov/11 ]

https://hg.my.ai/adorama-magento/rev/d4ab252f6fdc

Comment by Chris Buckley [ 16/Dec/11 ]

Retested on: http://adorama.qa.aistg.com/checkout/cart/

While not logged in to an account:
Browser A - Add product to Cart, then navigate to another page (such as Televisions page)
Browser B - Use Magento to lower the price of the product in the cart
Browser A - Re-Enter the Cart

The price displayed in the cart was lowered, but the Lowered Price message did not appear.
http://screencast.com/t/2xG1Ym8qJCqd

I followed this process again when setting the price back up to where it was before I ran this test, and received the Price Increase warning, so the test process appears to be sound.

I have not received the Lowered Price warning for any Special Price products that I have placed in the cart, including the SKUs mentioned in this defect.

Comment by Michael Li [ 19/Dec/11 ]

Chris, Amit has been working on revamping the entire messaging system. It's causing what you're now seeing. I will let him know, thanks.

Comment by Amit Shinde [ 21/Dec/11 ]

This is an invalid issue. Per FRD and client we are supposed to show price change warning only when item price is increased.

http://content.screencast.com/users/Amicon/folders/Jing/media/f0855a9b-4fcb-402e-86f0-3fb8982bd53b/00000621.png

Per client - "We dont need to apologize to customer for giving discount"

Comment by Judenys Hidalgo [ 09/Jan/12 ]

Retested QA (http://adorama.qa.aistg.com/checkout/cart/), went to magento and increased the price of "JVGSTD1B", and was able to receive the increased warning message. Then went in to magento again and decreased the price, did not receive the decreased warning message, as expected due to Amit's last comment.

Increased: http://screencast.com/t/n7e2RoXgFJcH
Decreased: http://screencast.com/t/vpu7mnSV

Comment by Judenys Hidalgo [ 11/Jan/12 ]

Retested in Stage (http://adorama.stage.aistg.com/checkout/cart/), and the increased message is

AI-0007488

**[ADOR-3074]** **Need to create an internal order with order status** Created: 03/Nov/11 Updated: 18/Jan/12 Resolved: 16/Jan/12

| | |
|---|---|
| **Status:** | Closed |
| **Project:** | Adorama |
| **Component/s:** | Admin |
| **Affects Version/s:** | None |
| **Fix Version/s:** | UAT.RC38 Ramrock |

| | | | |
|---|---|---|---|
| **Type:** | Task | **Priority:** | Urgent |
| **Reporter:** | Steven Lai | **Assignee:** | Nikita Shinde |
| **Resolution:** | Fixed | | |
| **Labels:** | None | | |

| | |
|---|---|
| **Reopen Count:** | 5 |

**Description**

We need an internal (magento) order with statuses to test how it looks like on the frontend.

**Comments**

Comment by Nikita Shinde [ 10/Nov/11 ]

Steven can you provide us with more details on what exactly needs to be done? Do we need to create test data?

Comment by Steven Lai [ 14/Nov/11 ]

Hi Nikki,

what we need to create is an order that originates from magento, but contains order status history like orders that come from the AS400.

Comment by Sakthi Vadivel [ 15/Nov/11 ]

This is done. Please test this on QA via Order Status on front end for order#:100000533/sakthi@amicontech.com and zipcode:10012.

We have created an order on magento and associated external order and order status data through query. Is this what we were looking for?

Thanks,
Sakthi

Comment by Steven Lai [ 16/Nov/11 ]

AI-0008117

Amit

Comment by Tim Broder [ 02/Feb/12 ]

we can't disable it entirely because the cms pages rely on it.

It can be disabled for categories and products

Comment by Amit Shinde [ 06/Feb/12 ]

This is fixed. The issue was config related.

System -> Configuration -> Catalog -> SEO

Comment by Tim Broder [ 08/Feb/12 ]

still there, just checked on QA: http://screencast.com/t/X4oJExLsdoSb

Comment by Amit Shinde [ 09/Feb/12 ]

All set here. After setting the SEO config, we had to truncate product urls and run URLs re-indexing. We will need to do the same on manage and stage soon.

Comment by Tim Broder [ 05/Mar/12 ]

still seeing some: http://screencast.com/t/AHc75RxbBOF

Comment by Amit Shinde [ 05/Mar/12 ]

Invalid re-open.

Some SKUs themselves end with '-1' - http://content.screencast.com/users/Amicon/folders/Jing/media/35eae697-f0d6-487e-b995-88824cb48407/00000653.png

Comment by Amit Shinde [ 05/Mar/12 ]

http://content.screencast.com/users/Amicon/folders/Jing/media/660eb3ed-6213-47a7-80a9-bc4b0b555cb5/00000654.png

Comment by Tim Broder [ 06/Mar/12 ]

Thanks for keeping me honest!

Comment by Amit Shinde [ 06/Mar/12 ]

URL rewrites are working as expected from MIgration module. Sakthi did not see an entry in config.xml for UrlPath and raised the false alarm. Rewrites work from Migration process and UrlPath is being called directly from Product.php.

As for the issue about COMBOSKUM12 not showing up on manage, this is due to clean up required for ADOR-3125. For my Rewrite fixes to work, we had to truncate old url entries in core_url_rewrite table and then run import.

Per my ticket comment - "After setting the SEO config, we had to truncate product urls and run

AI-0008205

said that this was always possible in the back-end, but we may need a mechanism to allow us to do this...

Comment by Isaiah Belle [ 11/Aug/11 ]

Why was this on me again?

Comment by Tim Broder [ 15/Aug/11 ]

Hi Amit,

The gist of this is "If I'm CSR, and I'm in the admin, I want to be able to associate a guest order with a user account"

Please spec out and implement.

Let me know any questions

Thanks,
Tim

Comment by Amit Shinde [ 22/Aug/11 ]

This is implemented. We can associate any customer with the order on edit order page from here http://content.screencast.com/users/Amicon/folders/Jing/media/a6c372f6-85f2-4cc7-8a40-f006a6212ad8/00000567.png

Comment by Ken Fadden [ 08/Sep/11 ]

Defect verification is blocked by ~~ADOR-2010~~ checkout :: place your order :: button is broken.

Comment by Steven Lai [ 12/Sep/11 ]

Verified on QA

Comment by Steven Lai [ 14/Nov/11 ]

Verified on manage

AI–0005902