UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ALEXANDER INTERACTIVE, INC.,   :  Case No. 12 cv 6608 (PKC)(JCF)
ALEXANDER SCHMELKIN and JOSH LEVINE  :       ECF CASE
                               :
       Plaintiffs-Counterclaim Defendants  :
                               :
            -against-           :
                               :
ADORAMA, INC., ADORAMA ENTERPRISES  :
LLC, EUGENE MENDLOWITS, AND MENDEL  :
MENDLOWITS,                       :
                               :
       Defendants-Counterclaim Plaintiffs  :
------------------------------------------------------------- x

### NOTICE OF MOTION OF DENISE L. SAVAGE'S OBJECTIONS TO MAGISTRATE JUDGE'S MEMORANDUM AND ORDER, DATED JUNE 26, 2014, PURSUANT TO 28 U.S.C. § 636(b)(1)(C) AND FEDERAL RULE OF CIVIL PROCEDURE 72(a)

PLEASE TAKE NOTICE, that the Denise L. Savage, by her undersigned

attorneys, hereby files the within Objections to Magistrate Judge's Memorandum and

Order, dated June 26, 2014, Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of

Civil Procedure 72(a).

Dated:  Croton on Hudson, New York
       July 3, 2014

                           *Savage Law Group, PLLC*
                           Attorneys for Denise L. Savage

                        By:    /s/  Denise L. Savage
                            Denise L. Savage (ds1498)
                            400 Blinn Road
                            Suite 1010
                            Croton on Hudson, New York 10520
                            Direct: 914.455.0087
                            (T) 914.271.5150, Ext. 1301
                            (F) 914.271.5255
                            dsavage@savagelitigation.com
                            http://www.savagelitigation.com

To:  **<u>Via Email and ECF Only</u>**

Daniel Brown, Esq.
Reiss Sheppe LLP
425 Madison Avenue, 19th Floor
New York, New York  10017
dbrown@reisssheppe.com