```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
ALEXANDER INTERACTIVE, INC.,         : 12 Civ. 6608 (PKC) (JCF)
ALEXANDER SCHMELKIN, and JOSH        :
LEVINE,                              :
                                     :    O R D E R
                 Plaintiffs,         :
                                     :
     - against -                     :
                                     :
ADORAMA, INC., ADORAMA ENTERPRISES   :
LLC, EUGENE MENDLOWITS, and MENDEL   :
MENDLOWITS,                          :
                                     :
                 Defendants.         :
- - - - - - - - - - - - - - - - - - -:
MENDEL MENDLOWITS, ADORAMA           :
ENTERPRISES LLC, ADORAMA, INC., and  :
EUGENE MENDLOWITS,                   :
                                     :
                 Counter Claimants,  :
                                     :
     - against -                     :
                                     :
ALEXANDER INTERACTIVE, INC, JOSH     :
LEVINE, and ALEXANDER SCHMELKIN,     :
                                     :
                 Counter Defendants. :
- - - - - - - - - - - - - - - - - - -:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/14

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Plaintiffs having submitted letter motions to compel discovery responses and to extend the discovery deadline (Docket no. 183) and for an award of sanctions (Docket no. 187), it is hereby ORDERED as follows:

1. Plaintiffs' application for an order requiring Adorama to produce the source code for the Peripherals is denied; plaintiffs

1

have not established a basis for conducting a forensic review for which the source code would be relevant.

2. Plaintiffs' application for an order requiring defendants to return or destroy data produced during the forensic examination at Alexander Interactive's headquarters is denied. While the purpose for obtaining the data may have been mooted, some of it may be relevant to other issues in the litigation. Consistent with the confidentiality order, it may be retained until the case concludes. (Confidentiality Order and Stipulation and Addendum dated Dec. 5, 2012, ¶ 11).

3. Plaintiffs' application for an extension of the expert discovery schedule is granted as follows:

    a. The parties shall exchange initial expert reports and related materials by August 29, 2014.

    b. The parties shall exchange rebuttal expert reports by September 15, 2014.

    c. All expert discovery shall be completed by September 30, 2014.

4. Plaintiffs' application for an award of sanctions is denied. While production in response to my June 17, 2014 Order has been delayed, this is attributable to (a) the failure of the parties to meaningfully meet and confer and (b) the volume of the documents at issue.

5. This Order resolves Docket nos. 183 and 187.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 31, 2014

Copies mailed this date:

Denise L. Savage, Esq.
Savage & Associates, P.C.
400 Blinn Road
Suite 1010
Croton-on-Hudson, NY 10520

Kenneth P. Norwick, Esq.
Norwick, Schad & Goering
110 East 59th Street, 29th Flr
New York, NY 10022

Matthew H. Sheppe, Esq.
Daniel J. Brown, Esq.
Eric J. Vardi, Esq.
Reiss Sheppe LLP
425 Madison Ave.
New York, NY 10017

Patrick J. Sweeney, Esq.
Holland & Knight LLP
31 West 52nd St.
New York, New York 10019